pdejapacpl

LEONARDO M. RAPADAS
United States Attorney
JOSEPH TOCK
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
MAR 24 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PHILLIP T. DEJAPA,<br><br>    Defendant. | MAGISTRATE CASE NO. 05-00005<br><br>**COMPLAINT**<br><br>**THEFT OF GOVERNMENT PROPERTY**<br>[18 U.S.C. § 641] (Felony) (Count 1)<br><br>**TAMPERING WITH A WITNESS BY INTIMIDATION**<br>[18 U.S.C. § 1512(b)(1) (Felony) (Counts 2 & 3)<br><br>**REENTERING MILITARY PROPERTY**<br>[18 U.S.C. § 1382] (Misdemeanor) (Count 4) |

THE UNDERSIGNED COMPLAINT CHARGES UPON INFORMATION AND BELIEF THAT:

**COUNT 1 - THEFT OF GOVERNMENT PROPERTY**

On or about and between the 15th day of June 2003, and the 21st day of January 2005, in the District of Guam, the defendant, PHILLIP T. DEJAPA, wilfully and knowingly did steal and purloin various tools, supplies and other items, of the value in excess of $1,000, of the goods and property of the United States, in violation of 18 U.S.C. 641.

**COUNT 2 - TAMPERING WITH A WITNESS BY INTIMIDATION**

On or about the 11th day of March 2005, in the District of Guam, the defendant, PHILLIP T. DEJAPA, did knowingly attempt to intimidate Douglas E. Mitchell by following him through

- 1 -

ORIGINAL

the roadways of Guam in his motor vehicle, while Douglas E. Mitchell was driving in his motor vehicle, in violation of Title 18, United States Code, Section 1512(b)(1).

## COUNT 3 - TAMPERING WITH A WITNESS BY INTIMIDATION

On or about the 17th day of March 2005, in the District of Guam, the defendant, PHILLIP T. DEJAPA, did knowingly attempt to intimidate Douglas E. Mitchell by following him through the roadways of Guam in his motor vehicle, while Douglas E. Mitchell was driving in his motor vehicle, in violation of Title 18, United States Code, Section 1512(b)(1).

## COUNT 4 - REENTERING MILITARY PROPERTY

On or about the 27th day of January, 2005, in the District of Guam, the defendant, PHILLIP T. DEJAPA, reentered and was found within a United States military reservation, Andersen Air Force Base, Guam, after having been removed therefrom on 21 January 2005 and after having been ordered not to reenter by Colonel P.K. White, Commander, 36 Air Base Wing through a letter, acknowledged and receipted for by the defendant, PHILLIP T. DEJAPA, dated 21 January 2005, in violation of 18 U.S.C. 1382.

COMPLAINANT FURTHER STATES:

1. I, JOHN E. PHILLIPS, am a Special Agent with the Air Force Office of Special Investigations, on active duty in the United States Air Force. I have been in the United States Air Force since November 1999. Since my entering active duty I have been specifically trained in the field of law enforcement investigations and have been in the field of law enforcement since February 2004. I graduated from the United States Air Force Special Investigations Academy and the Federal Law Enforcement Training Center in February 2004. I arrived at Andersen AFB in April 2004. I am currently assigned to Detachment 602 Air Force Office of Special Investigations, Andersen AFB, Guam.

2. On January 5, 2005, Detachment 602, AFOSI received an anonymous tip that the defendant, Mr. Phillip Topasna Dejapa, had in his possession government property. The caller stated that he/she had attended a Christmas Party at Mr. Dejapa's residence and had seen at the

-2-

residence, property which he believed to be government property. Due to workload further investigation was delayed.

On or about 20 January 2005, Detachment 602, AFOSI, received a telephone call from the 36 Civil Engineer Squadron, where Mr. Dejapa was employed, stating that someone had witnessed Mr. Dejapa moving two large bags from his government owned vehicle (GOV) to his privately owned vehicle (POV). With this combined information I requested that Mr. Dejapa be detained by the 36th Security Forces Squadron.

On the same day I sought search authority to search Mr. Dejapa's locker at work and his POV from a military magistrate. The military magistrate, Colonel Thurlow Crummett, granted authority to search Mr. Dejapa's vehicle and locker. Government property was found in both the work locker, and within the bags in the trunk of Mr. Dejapa's Ford Taurus. After that property was seized and cataloged we continued our investigation.

Witness interviews were conducted which showed that Mr. Dejapa had a common practice of parking his GOV next to his POV and had been witnessed (on previous occasions) transferring articles in paper bags from his GOV to his POV. We combined all of this information and filed for a search warrant before the United States District Court of Guam for a search of Mr. Dejapa's off-base residence. The Federal Bureau of Investigations was listed in the Affidavit as participating in the search in the event search authorization was granted. The applied for search warrant granted permission to search Mr. Dejapa's residence, with an address of: 125 Sergeant E. Cruz Street, Santa Rita, Guam.

On 20 January 2005 the search was conducted and found during the search was government property in an estimated amount exceeding $10,000.00 in value. Much of the alleged stolen property was marked as Air Force Property.

3. On 21 January 2005, Mr. Phillip T. Dejapa was barred from entering Andersen AFB through a letter signed by Colonel P.K. White, Commander, 36 Air Base Wing, Andersen AFB,

- 3 -

Guam, with the exception of going to and from his place of employment on Andersen AFB, Guam.

Later on 21 January 2005, Mr, Phillip T. Dejapa resigned from employment on Andersen AFB, Guam.

On 27 January 2005, Detachment 602, received a call from the Civil Engineer Squadron that Mr. Dejapa was at his wife's place of employment on Andersen AFB, the 36th Contracting Squadron, and that he was attempting to contact various potential witnesses in this case.

On 27 January 2005, Special Agents from Detachment 602 AFOSI responded to the 36th Contracting Squadron and found Mr. Phillip T. Dejapa in the parking lot of the 36th Contracting Squadron. Mr. Dejapa was apprehended and was detained. Consent to search was requested for Mr. Dejapa's vehicle from Mr. Dejapa. Special Agents from Detachment 602, AFOSI, found secreted away in the fold of the back seat was a green canvas bag containing a set of wrenches engraved with 435 MX, clearly government owned tools, possibly from a unit located in Germany. Mr. Dejapa stated when asked where the wrenches came from, that they were not his.

4. On 11 March 2005, TSgt. Douglas E. Mitchell, a witness in this case notified Detachment 602, AFOSI, that he had arranged to meet another 36 Civil Engineer Squadron employee at a location off-base to exchange some paperwork. Upon leaving the meeting and on the way to his residence he observed that he was being followed by Phillip Dejapa, who he recognized from work. TSgt. Mitchell made an abrupt turn to try to evade Mr. Dejapa. Due to the speed the vehicles were traveling Mr. Dejapa had to pass TSgt. Mitchell's turning vehicle. TSgt. Mitchell doubled back onto in his original route and saw Mr. Dejapa, in his vehicle, beginning to make a u-turn in an attempt to follow TSgt. Mitchell. On 17 March 2005, TSgt Mitchell was headed toward his residence on Route 15 when he again observed Dejapa following his vehicle toward his residence. According to two confidential witnesses Mr. Dejapa has stated to them the Dejapa had stated to them that "He (Dejapa) knows how to take care of people who

may cross him". These two confidential witnesses, also employees of the 36th Civil Engineer Squadron, fear for their safety and well-being.

DATED this 24th day of March 2005.

JOHN E. PHILLIPS, Special Agent
Air Force Office of Special Investigations

SUBSCRIBED AND SWORN TO before me on this 24th day of March 2005.

JOAQUIN V.E. MANIBUSAN
Magistrate Judge
District Court of Guam