# UNITED STATES DISTRICT COURT

District of     GUAM

**FILED**
DISTRICT COURT OF GUAM
APR - 1 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

V.

PHILLIP T. DEJAPA

**WARRANT FOR ARREST**

Case Number: MG-05-00005-001

To: The United States Marshal
and any Authorized United States Officer

U.S. MARSHALS-GUAM RECEIVED 25 MAR 2005 14:00:00

YOU ARE HEREBY COMMANDED to arrest    **PHILLIP T. DEJAPA**
                                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information **X** Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

**Theft of Government Property**          **(Felony ) (Count I)**
**Tampering With a Witness by Intimidation**    **(Felony ) (Counts 2 & 3)**
**Reentering Military Property**            **(Misdemeanor) (Count 4)**

in violation of Title    **18**    United States Code, Section(s)    **641, 1512(b)(1) and 1382**

**JOAQUIN V.E. MANIBUSAN, JR.**          *[signature]*
Name of Issuing Officer                               Signature of Issuing Officer

**U.S. MAGISTRATE JUDGE**            **March 24, 2005, Hagatna, Guam**
Title of Issuing Officer                                 Date and Location

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

UNEXECUTED WARRANT ISSUED ON INDICTMENT

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | s/DUSM *[signature]* Franklin L. Fontague | *[signature]* Franklin L. Fontague |